

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

In the Matter of the Search of:

Samsung Tablet With Silver Back more fully described in Attachment A-3

MJ 19-53-M-KLD

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 28th day of August, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1